IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | |
| v. | : | VIOLATION NOTICE NO. R2382055 |
| BYRON H. BAKER | : | |
| Defendant. | : | |

## MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by its attorney, Colm F. Connolly, United States Attorney for the District of Delaware, and moves for the dismissal of the charges, with prejudice, in the above captioned case for **BYRON H. BAKER.**

                              COLM F. CONNOLLY
                              United States Attorney

BY: _____
                              DUSTIN C. LANE, Captain, USAF
                              Special Assistant United States Attorney

DATE: November 15, 2006

IT IS SO ORDERED this __15th__ day of __NOVEMBER__ 2006.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge